# 1142

fant, against Elizabeth H. Benedict. No opinion. Motion for leave to go to the court of appeals denied. See 62 N. Y. Supp. 259.

MARTIN, Appellant, v. MARTIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by John Martin, as executor, etc., against William Martin.

PER CURIAM. Order to show cause why judgment and order of reversal should not be amended denied. Ordered that the executor retain the fund over which the action arises, and now on deposit with the Security Trust Company of the city of Rochester, with said company until the further order of the court, and, in case any application for its withdrawal is made, notice thereof shall be given to the defendant, William Martin. See 61 N. Y. Supp. 813.

MARTINDALE v. WESTERN NEW YORK & P. RY. CO. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Catherine J. Martindale against the Western New York & Pennsylvania Railway Company. No opinion. Motion for reargument denied, with $10 costs. See 60 N. Y. Supp. 1026.

MAX BRICKNER & SON CO., Respondent, v. HIRSCHFIELD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) Action by the Max Brickner & Son Company against Joseph Hirschfield and another. No opinion. Judgment affirmed, with costs.

MEHRBACH v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Caroline Mehrbach against the mayor, aldermen, and commonalty of the city of New York. No opinion. Motion granted, with $10 costs.

MENDOZA v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Coleman D. Mendoza against the Metropolitan Street-Railway Company. No opinion. Motion granted. See 62 N. Y. Supp. 580.

MENSCHING, Respondent, v. CURTIN, Appellant. (City Court of New York, General Term. March 2, 1900.) Action by Mary Mensching against James H. Curtin. From a judgment for plaintiff, defendant appeals. Affirmed. Richard F. Price, for appellant. Hanford S. Weed, for respondent.

PER CURIAM. Orders appealed from affirmed, with costs.

MOERSDORF, Appellant, v. DRAKE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Action by Martin Moersdorf against Marcus M. Drake and others. No opinion. Interlocutory judgment affirmed, with costs.

MONTGOMERY, Respondent, v. NICE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by Benjamin C. Montgomery against Ellen Nice. No opinion. Judgment affirmed, with costs.

MORGAN v. AMERICAN AIR-POWER CO. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Patrick J. Morgan against the American Air-Power Company. No opinion. Motion granted, with $10 costs.

MURTHA et al. v. WILCOX et al. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by James A. Murtha and another, as executors. etc., of William G. Peirson, deceased, against George Wilcox, as executor, etc., of Martha W. Peirson, deceased, and others.

PER CURIAM. The statement of facts contained in this case is not sufficient to enable the court to render judgment. It does not appear therein either that Edward Peirson is dead, or that William L. Peirson has attained the age of 21 years. The questions discussed in the briefs are based on the assumption that the trust under the will of William G. Peirson did not terminate until after the death of the widow, and yet that fact is not made to appear in the agreed statement. This defect may be remedied, under the last clause of section 1281 of the Code of Civil Procedure, by the filing of an additional statement, if the parties so elect; such statement to be filed within 10 days.

MUTUAL LIFE INS. CO., Respondent, v. ALDRICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by the Mutual Life Insurance Company against Spencer Aldrich and others. No opinion. Motion for leave to file additional points on reargument granted, the same to be served on respondent's attorney five days before they are submitted, with leave to the respondent to answer the same, if so advised. See 60 N. Y. Supp. 195.

NEEDHAM PIANO & ORGAN CO., Respondent, v. POWELL, Appellant. (Supreme Court, Appellate Term. December 28, 1899.) Action by the Needham Piano & Organ Company against Josephine Powell. From a judgment for plaintiff, defendant appeals. Affirmed. Leroy M. Young, for appellant. Morris Putnam Stevens, for respondent.

PER CURIAM. This appeal was taken on the authority of Phillip Semmer Plate-Glass Co. v. Nassau Show-Case Co., 28 Misc. Rep. 577, 59 N. Y. Supp. 530; but the order in that case has since been reversed by the appellate division (Nov. 1899; 62 N. Y. Supp. 703). That decision is controlling, and calls for an affirmance of this judgment. Judgment affirmed, with costs to the respondent.

NIELSEN, Respondent, v. NORWEGIAN AMERICAN SEAMEN'S ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by Emil

Nielsen against the Norwegian American Seamen's Association. No opinion. Motion granted.

NIMS v. MERRITT et al. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Alvin F. Nims against Edward A. Merritt and others. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 60 N. Y. Supp. 549.

O'BRIEN et al. v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Third Department. September, 1899.) Action by John O'Brien and another against the mayor, aldermen, and commonalty of the city of New York. No opinion. Motion granted, and question certified as stated in memorandum per curiam.

O'CONNELL et al., Respondents, v. O'BRIEN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by William O'Connell and another against John E. O'Brien and another, impleaded, etc. D. Daly, for appellants. M. D. Steuer, for respondents. No opinion. Judgment affirmed, with costs.

In re ORR et al. (Supreme Court, Appellate Division, First Department. January 19, 1900.) In the matter of Alexander E. Orr and others. No opinion. Application granted.

OTT, Appellant, v. FYANS et al., Respondents. (Supreme Court, Appellate Division. Second Department. January 23, 1900.) Action by Henry Ott against Annie E. Fyans and others. No opinion. Appeal dismissed by default, with $10 costs.

PADDACK, Appellant, v. STATE. Respondent. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Simon D. Paddack against the state of New York. No opinion. Judgment affirmed, with costs.

PALMER, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by A. Emerson Palmer against the board of education of the city of New York and others. No opinion. Reargument ordered for the third Monday of the present term (January 22, 1900), on the question whether injunction is the proper remedy. See White v. Berry, 171 U. S. 366, 18 Sup. Ct. 917, 43 L. Ed. 199.

PATTERSON, Respondent, v. BURGESS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) Action by Ida Patterson against John Burgess and another, as administrators, etc.

PER CURIAM. Judgment modified, by deducting from the damages the sum of $6, and by striking out all the disbursements except the stenographers' fees, to wit, the sum of $34.60, and, as thus modified, affirmed, without costs of this appeal to either party.

PAUL, Appellant. v. PAUL, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by Kitryne G. Paul against Edward M. Paul. No opinion. Order filed with the clerk appointing a referee to take evidence as to the matters relating to the appeal.

PEOPLE, Respondent, v. ALLEN, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Proceedings by the people, etc., against Sadie Allen. L. Lowenstein, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed.

PEOPLE v. AMERICAN CASUALTY INS. & SEC. CO. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Proceedings by the people of the state of New York against the American Casualty & Security Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except HERRICK, J., who dissents.

PEOPLE, Respondent, v. BENEDICT, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Proceedings by the people of the state of New York against Charles Benedict.

PER CURIAM. Judgment of conviction affirmed, and the proceedings remitted to the county court, pursuant to section 547 of the Code of Criminal Procedure. Held that the evidence clearly establishes the guilt of the defendant, and that no errors appear to have been committed upon the trial, to the substantial prejudice of the defendant, calling for a reversal of the judgment of conviction.

PEOPLE, Respondent, v. BOYLAN, Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Proceedings by the people, etc., against James A. Boylan. L. C. Van Boren, for appellant. C. E. Le Barbier. for the People. No opinion. Judgment affirmed.

PEOPLE, Appellant, v. BUFFALO FISH CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Proceedings by the people against the Buffalo Fish Company. No opinion. Interlocutory judgment affirmed, with costs, on the opinion of LAMBERT, J., delivered at special term. 62 N. Y. Supp. 543.

PEOPLE v. BUFFALO FISH CO., Limited. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Proceedings by the people of the state of New York against the Buffalo Fish Company, Limited. No opinion. Motion for reargument denied, without costs. Motion for leave to appeal to the court of appeals granted, and the order, together with the question or questions to be certified to that court, to be settled by Mr. Justice McLENNAN, upon two days' notice. See 62 N. Y. Supp. 543.

PEOPLE, Appellant, v. CONKLIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Pro-